# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*October 15, 2021*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
October 15, 2021
Lyle W. Cayce
Clerk

No. 21-20425

Steven Hotze; Hotze Health & Wellness Center; Edd Hendee; Taste of Texas Restaurant; Physicians Preference Pharmacy International, L.L.C.; Curam Health, L.L.C.,

*Plaintiffs—Appellants,*

*versus*

Greg Abbott; State of Texas; Texas Department of State Health Services; Phil Wilson; John William Hellerstedt; Bentley Nettles,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-2918

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of October 15, 2021, pursuant to appellant's motion.

No. 21-20425

By: *Christina Rachal*
_____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Christina C. Rachal, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 15, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 21-20425   Hotze v. Abbott
                             USDC No. 4:20-CV-2918

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Christina Rachal*

                         By: _____
                         Christina C. Rachal, Deputy Clerk
                         504-310-7651

cc:
      Mr. Matthew Tyler Bohuslav
      Mr. Cody C. Coll
      Ms. Courtney Brooke Corbello
      Mr. Andrew Layton Schlafly
      Mr. Jared Ryker Woodfill V